ERIC M. CROWE (State Bar No. 133699)
emc@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff
H&C S HOLDINGS PTE LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| H&C S HOLDINGS PTE LTD., a Singapore company,<br><br>   Plaintiff,<br><br>   vs.<br><br>LOS ANGELES SCRAP EXPORT, INC., a California corporation and DOES 1-10,<br><br>   Defendants. | Case No. 2:14-cv-03010-JFW-CW<br><br>**ORDER RE STIPULATED JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Crtrm.: 16 |

   The Parties to this action, Plaintiff H&C S Holdings, PTE, Ltd. and Defendant Los Angeles Scrap Export, Inc., have stipulated to the entry of this Order in settlement of Plaintiff's action against Defendant. The Court, having been presented with the Joint Stipulation Re Judgment and Entry of Final Judgment presented by these Parties, and finding good cause exists therefore, finds as follows:

### FINDINGS

   1.   This Court has jurisdiction over the subject matter and all parties to this case. Venue in the United States District Court for the Central District of California is proper.

   2.   This Order reflects the negotiation and agreement of the Parties

12472.0001/4051539.1

following the prior ruling of this Court granting partial summary judgment in favor of Plaintiff as to the liability of the Defendant for breach of contract HC 13 CT 0222.

3. Defendant waives all right to seek judicial review or otherwise contest the validity of this order and the judgment entered pursuant to this order.

## ORDER

1. Final judgment is to be entered in this action against Defendant in the amount of $1,688,569.61.

2. Plaintiff may not seek to enforce or collect this judgment amount before June 1, 2015.

DATED: April 20, 2015.    By: /s/ John F. Walter

John F. Walter, Judge, USDC-CD